UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIALLO AMADOOU TIDIANE,

    Petitioner,

-vs-                                      Case No. 8:05-cv-2240-T-17TGW

DEPARTMENT OF HOMELAND AND
SECURITY; BUREAU OF IMMIGRATION
AND CUSTOMS ENFORCEMENT,

    Respondents.

## ORDER

This cause is before the Court on Petitioner's amended petition for writ of mandamus. Petitioner seeks to have this Court assume jurisdiction over his removal proceedings; grant his petition for writ of mandamus directing the Respondent to immediately release him from custody on bond or otherwise; enter preliminary and permanent injunctive relief enjoining Respondent from further unlawful detention of Petitioner; adjust Petitioner's status to permanent resident; and grant any other relief this Court deems necessary.

Petitioner filed copies of transcripts of his hearings before the Immigration Court in Bradenton, Florida. The Immigration Court reduced his bond from no bond to $8,000. However, Petitioner has not shown that he ever appealed the Immigration Court's ruling to the Board of Immigration Appeals. Therefore, he has not exhausted his administrative remedies relative to his removal proceedings.

Accordingly, the Court orders:

1. That Petitioner's amended petition for writ of mandamus is denied, without prejudice. The Clerk is directed to enter judgment against Petitioner and to close this case.

2. That Petitioner's motion to proceed in forma pauperis (Doc. No. 5) is denied as moot.

ORDERED in Tampa, Florida, on DECEMBER 29th, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Diallo Amadou Tidiane